IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80 183 MISC

Per Christer Onneflod - #146318

**ORDER TO SHOW CAUSE**

It appearing that Per Christer Onneflod has been suspended for three years by the Supreme Court effective June 25, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before August 27, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Per Christer Onneflod
Attorney At Law
1530 E Shaw Ave #111
Fresno, CA 93710