**FILED**

NOV 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                   No CV 10 80183 MISC VRW

Per Christer Onneflot,
              ORDER
 State Bar No 146318

_____/

   On July 20, 2010, the court issued an order to show cause (OSC) why Per Christer Onneflot should not be removed from the roll of attorneys authorized to practice law before this court, based upon his three-year suspension by the Supreme Court of California, effective June 25, 2010.

   The OSC was mailed to Mr Onneflot's address of record with the State Bar on July 21, 2010, and was returned as unclaimed. A written response was due on or before August 27, 2010. No response to the OSC has been filed as of this date.

   The court now orders Per Christer Onneflot removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

   IT IS SO ORDERED.

                 VAUGHN R WALKER
                 United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Per Christer Onneflot

_____/

Case Number: CV10-80183 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Per Christer Onneflod
PO Box 1182
Clovis, CA 93613-1182

Dated: November 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*